**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **TJT CAPITAL GROUP, LLC,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | **NO. 3:25-cv-00242 (SFR)** |
| | : | |
| **V.** | : | |
| | : | |
| **TIMOTHY MCFADDEN, VALUE INVESTMENT PROFESSIONALS, LLC and ANDREW HODGES,** | : | |
| | : | |
| **Defendants,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **TJT CAPITAL GROUP, LLC, TIMOTHY MCMULLAN and JAMES COOK,** | : | |
| | : | |
| **Counter-Defendants.** | : | **JULY 9, 2025** |

**MOTION TO JOIN PARTIES**

Defendant Timothy McFadden, pursuant to the Scheduling Order in this matter dated May 22, 2025 (Doc. 68), and pursuant to Rules 13(h) and 20(a)(2) of the Federal Rules of Civil Procedure, hereby moves to add Timothy McMullan and James Cook as Counter-Defendants to this action. The addition of these Counter-Defendants is appropriate under Rule 20(a)(2) because, as set forth more specifically in the counterclaims filed herewith (Doc. 70), (1) the right to relief sought against them is joint and several with the existing Counter-Defendant TJT Capital Group, LLC and arises out of the same transaction, occurrence, or series of transactions or occurrences; and (2) the counterclaims present questions of law and fact common to all Counter-Defendants. See Sage Fulfillment, LLC v. Earth Animal Ventures, Inc., 2022 WL 986165 at *5 (D. Conn. April 1, 2022).

Moreover, as an original Answer is being filed along with the counterclaims, a motion for joinder is technically unnecessary:

> Generally, a counterclaim-plaintiff is not required to obtain leave of court to join new parties in the original answer, pursuant to Rule 13(h). See Vermont Castings, Inc. v. Evans Prod. Co., Grossman's Div., 510 F. Supp. 940, 946 (D. Vt. 1981) ("[L]eave of court is no longer required[ ]" to join parties pursuant to Rule 13(h). "The spirit of the Federal Rules is served by eliminating unnecessary motions. Any abuse of the joinder provisions can be remedied upon motion under Rule 21 which provides that parties may be dropped by order of the court on such terms as are just."). If joinder is proper under Rule 20, "a court may then, under Rule 21, allow joinder at any time, on just terms[,]" and should do so "freely ... when justice so requires." City of Almaty v. Ablyazov, 278 F. Supp. 3d 776, 789 (S.D.N.Y. 2017) (citation and quotation marks omitted).

Id. at *6; see also Van Eperen v. Mass. Mutual Life Ins. Co., 2017 WL 9249439 at * 13 (D. Mass Feb. 28, 2017) ("There is no leave requirement in Fed. R. Civ. P. 13(h)….").

For the foregoing reasons, Defendant Timothy McFadden respectfully requests that leave be granted to add Timothy Mullan and James Cook as Counter-Defendants.

DEFENDANT
TIMOTHY MCFADDEN

By: */s/ Scott R. Lucas*

Scott R. Lucas, Esq. (ct00517)

Douglas J. Varga, Esq. (ct18885)
Lucas & Varga LLC
2425 Post Road, Suite 200
Southport, CT 06890
Phone: (203) 227-8400
Fax: (203) 227-8402
slucas@lucasvargalaw.com
dvarga@lucasvargalaw.com

His Attorneys

**CERTIFICATION**

I hereby certify that on July 9, 2025, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/* Scott R. Lucas
Scott R. Lucas